**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARRA DANE, | CV 21-3000 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE BANK OF NEW YORK MELLON, as Trustee of THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS TRUSE; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to this Court's June 1, 2021, Minute Order granting the Motion to Dismiss filed by defendants The Prudential Insurance Company of America ("Prudential") and The Bank of New York Mellon, as Trustee of the American Institute of Certified Public Accountants Insurance Trust ("BNY Mellon") (collectively "Defendants"), which dismissed the claims asserted by plaintiff Tarra Dane ("Plaintiff") without leave to amend and dismissed the action with prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants have their costs of suit.

DATED: June 1, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE